**In the Matter of: Hunsdon Cary STEWART, Attorney, Debtor,**

**The Bankruptcy Law Firm, PC, Appellant.**

**No. 08–60015.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 8, 2009.*

Filed Oct. 22, 2009.

Kathleen P. March, The Bankruptcy Law Firm, Los Angeles, CA, for Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD and TALLMAN, Circuit Judges, and LAWSON,** District Judge.

## MEMORANDUM ***

The appellant, The Bankruptcy Law Firm, P.C., through its principal attorney, Kathleen P. March, who served as the debtor's attorney, appeals the decision of the Bankruptcy Appellate Panel (BAP) affirming the Central District of California bankruptcy court's order disallowing certain fees under 11 U.S.C. § 330 for counsel's representation of the debtor in his Chapter 13 case. The BAP affirmed the bankruptcy court's fee determination. We ordered the matter to be submitted on briefs. *See* Fed. R.App. P. 34(a)(2)(C).

After carefully reviewing the record, the controlling law, and the appellant's brief, we conclude that issuance of a full opinion would serve no jurisprudential purpose and would be duplicative. We **AFFIRM,** for the reasons stated in the Bankruptcy Appellate Panel's opinion.

** The Honorable David M. Lawson, United States District Judge for the Eastern District of Michigan, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.